IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) | |
| Plaintiff, ) | |
| v. ) | No. 3:10-cv-1028 |
| TIMESHARE ADVOCACY INTERNATIONAL, LLC, ) | JUDGE SHARP |
| SEAN K. AUSTIN and CHARLES MCDOWELL, ) | |
| Defendants. ) | |

*Handwritten annotation: "GWSH This motion is DENIED as moot. See D/E No. 52" with signature dated 9-6-11*

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Come now the defendants Timeshare Advocacy International, LLC ("TAI") and Sean K. Austin ("Austin"), by and through counsel, and respectfully move the Court to grant them an extension of time up to and including August 19, 2011 in which to file a response to the Motion for Partial Summary Judgment filed by the Plaintiff. Counsel for TAI and Austin calculates that such response is presently due on or before August 5, 2011. In support of this motion, TAI and Austin submit that they have recently retained new counsel and such counsel needs additional time to review the entire record in this cause before he can adequately draft a response to Plaintiff's Motion. Plaintiff's counsel