IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:10-cv-1028 |
| TIMESHARE ADVOCACY INTERNATIONAL, LLC, SEAN K. AUSTIN and CHARLES MCDOWELL, | ) ) ) ) ) | Judge Haynes |
| Defendants. | ) | |

---

### DEFENDANTS' JOINTLY PROPOSED VERDICT FORM
---

Defendants submit the following Proposed Jury Verdict Form.

Answer the following questions in accordance with the instructions provided by the Court.

**A.    Trade Secrets Act**

1.    Do you find by a preponderance of the evidence that the following defendants violated the Tennessee Uniform Trade Secrets Act?

|   |   |   |   | Damages (if "Yes") |
|---|---|---|---|---|
| a. | Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. | Sean Austin | Yes _____ | No _____ | _____ |
| c. | Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column.]

1

**B.      Interference with Business Relationships**

2.      Do you find by a preponderance of the evidence that that the following defendants interfered with Plaintiff's business relationships?

|   |   |   |   | Damages (if "Yes") |
|---|---|---|---|---|
| a. | Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. | Sean Austin | Yes _____ | No _____ | _____ |
| c. | Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

3.      If you answered "Yes" to any of the defendants in Question 2, list the persons whose business relationship was interfered with by the Defendant for who you answered "Yes."

a.      Timeshare Advocacy International _____
_____

b.      Sean Austin _____
_____

c.      Charles McDowell _____
_____

C. **Civil Conspiracy**

4. Do you find by a preponderance of the evidence that that the following defendants are liable for civil conspiracy?

                                                                                                            Damages (if "Yes")

    a. Timeshare Advocacy International    Yes _____    No _____    _____

    b. Sean Austin    Yes _____    No _____    _____

    c. Charles McDowell    Yes _____    No _____    _____

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

D. **Breach of Salesperson Agreements**

5. Do you find by a preponderance of the evidence that the following defendants breached their Salesperson Agreement with Wyndham?

                                                                                                            Damages (if "Yes")

    a. Sean Austin    Yes _____    No _____    _____

    b. Charles McDowell    Yes _____    No _____    _____

[if your answer to a or b or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

E. **Unfair Competition**

6. Do you find by a preponderance of the evidence that that the following defendants are liable for unfair competition?

3

|   | Damages (if "Yes") |
|---|---|

a. Timeshare Advocacy International   Yes _____   No _____   _____

b. Sean Austin   Yes _____   No _____   _____

c. Charles McDowell   Yes _____   No _____   _____

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

**F.**   **<u>Procurement of Breach of Contract – Preponderance of the Evidence</u>**

7. Do you find by a preponderance of the evidence that any of the following defendants has procured a breach of one or more Wyndham Owner contracts?

|   | Damages (if "Yes") |
|---|---|

a. Timeshare Advocacy International   Yes _____   No _____   _____

b. Sean Austin   Yes _____   No _____   _____

c. Charles McDowell   Yes _____   No _____   _____

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

8. If you answered "Yes" to any of the defendants in Question 7, list the person(s) who breached their timeshare contract(s) with Wyndham as a result of the actions by the Defendant for who you answered "Yes."

a.   Timeshare Advocacy International _____

_____

4

b.  Sean Austin _____

_____

c.  Charles McDowell _____

_____


**G.  <u>Procurement of Breach of Contract – Clear and Convincing Evidence</u>**

9.  Do you find that Wyndham has proved by clear and convincing evidence that any of the following defendants procured a breach of one or more Wyndham Owner contracts by clear and convincing evidence?

|   |   |   |   | Damages (if "Yes") |
|---|---|---|---|---|
| a. | Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. | Sean Austin | Yes _____ | No _____ | _____ |
| c. | Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

10.  If you answered "Yes" to any of the defendants in Question 9, list the persons for whom Wyndham has proved by clear and convincing evidence that they breached their timeshare contract(s) with Wyndham as a result of the actions by the Defendant for who you answered "Yes."

a.  Timeshare Advocacy International _____
_____

b.  Sean Austin _____

5

      c.     Charles McDowell _____

_____

**H.** **<u>Consumer Protection Act</u>**

11. Do you find by a preponderance of the evidence that the following defendants violated the Tennessee Consumer Protection Act?

|   |   |   | Damages (if "Yes") |
|---|---|---|---|
| a. Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. Sean Austin | Yes _____ | No _____ | _____ |
| c. Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

**I.** **<u>Consumer Protection Act – Intentional or Willful Violation</u>**

12. Do you find by a preponderance of the evidence that the following defendants intentionally or willfully violated the Tennessee Consumer Protection Act?

|   |   |   | Damages (if "Yes") |
|---|---|---|---|
| a. Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. Sean Austin | Yes _____ | No _____ | _____ |
| c. Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

**J.     Punitive Damages**

Only answer this question if you have answered "Yes" to Question 1,2,4,6,7,9,11 or 12 above, and if so, only answer it with respect to any particular defendant for which you have answered "Yes" to one or more of those questions.

13.     Has Wyndham proven by clear and convincing evidence that any of the Defendants acted intentionally, recklessly, maliciously, or fraudulently?

|  |  |  | Damages (if "Yes") |
|---|---|---|---|
| a. Timeshare Advocacy International | Yes _____ | No _____ | _____ |
| b. Sean Austin | Yes _____ | No _____ | _____ |
| c. Charles McDowell | Yes _____ | No _____ | _____ |

[if your answer to a, b, or c is "Yes," enter the amount of damages that you find Plaintiff is entitled to and are attributable to the particular defendant in the "Damages" column. ]

_____
*Foreperson*

_____
Date

Respectfully Submitted,


/s/ *Lyndsay Hyde*
Lyndsay Smith Hyde, Esq.
McKellarHyde, PLC
411 Broadway, Suite 302
Nashville, TN 37203
(615)866-9674
lhyde@mckellarhyde.com

*Counsel for Defendant Charles McDowell*


/s/ *Greg Oakley*_____
Gregory H. Oakley, BPR 016237
**DHPM, P.C.**
1720 West End Avenue, Suite 300
Nashville, TN 37203
(615) 425-7111
(615)425-7110 facsimile
goakley@dhpmlaw.com

*Attorney for Timeshare Advocacy International and Sean K. Austin*

8

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties not so indicated on the electronic filing receipt will be served by undersigned counsel by first class mail, postage prepaid. Parties may access this filing through the Court's electronic filing system. Counsel in this case who will be sent notice by the court as indicated by the electronic filing receipt or who will be served by undersigned counsel are:

Courtney Gilmer, Esq.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201


                                                  ___/s/ Greg Oakley_____
                                                       Gregory H. Oakley