IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WYNDHAM VACATION )
RESORTS, INC., )
                          )
    Plaintiff, )
                          )
v. )    NO. 3:10-01028
                          )    JUDGE HAYNES
TIMESHARE ADVOCACY )
INTERNATIONAL, LLC, SEAN K. )
AUSTIN and CHARLES MCDOWELL, )
                          )
    Defendants. )

## VERDICT FORM

### Trade Secrets Act

1. Did the Plaintiff provided the Defendants Austin and McDowell with any trade secrets during those Defendants' employment with the Plaintiff?

        Yes _____        No __✓__

If you answer Yes to Question 1, go to Questions 1a.

    1a. If so, did the defendants misappropriate Wyndham's trade secrets and violate the Tennessee Uniform Trade Secrets Act by?

|  |  | Yes | No |
|---|---|---|---|
| a. | Timeshare Advocacy International | ___ | ___ |
| b. | Sean Austin | ___ | ___ |
| c. | Charles McDowell | ___ | ___ |

If the answer to question 1a is yes for any Defendant, go to Question 2. If you answer no for all Defendants, go to Question 1b.

1b. If not, did Defendants Austin and McDowell violate the terms of their employment agreements with Wyndham?

    a.    Sean Austin    Yes _____ No ✓

    b.    Charles McDowell    Yes _____ No ✓

## Intentional Interference with Business Relationships

2. Did the Defendants intentionally interfere with Plaintiff's business relationships with its customers who had contracts with Wyndham?

    a.    Timeshare Advocacy International    Yes _____ No ✓

    b.    Sean Austin    Yes _____ No ✓

    c.    Charles McDowell    Yes _____ No ✓

## Civil Conspiracy to Intentionally Interfere with Business Relationships

3. Did the Defendants engaged in a civil conspiracy to intentionally interfere with Wyndham's business relationships with its customers who had contracts with Wyndham?

    a.    Timeshare Advocacy International    Yes _____ No ✓

    b.    Sean Austin    Yes _____ No ✓

    c.    Charles McDowell    Yes _____ No ✓

## Tennessee Consumer Protection Act

4. Did the Defendants violate the Tennessee Consumer Protection Act engaged in its communications and use of letters to Wyndham's customers who had contracts with Wyndham?

    a.    Timeshare Advocacy International    Yes _____ No ✓

      b.     Sean Austin                                Yes \_\_\_\_\_ No ✓

      c.     Charles McDowell                    Yes \_\_\_\_\_ No ✓

## Unfair Competition

5. Do you find by a preponderance of the evidence that the following defendants are liable for unfair competition?

      a.     Timeshare Advocacy International    Yes \_\_\_\_\_ No ✓

      b.     Sean Austin                                Yes \_\_\_\_\_ No ✓

      c.     Charles McDowell                    Yes \_\_\_\_\_ No ✓

6.    Whether any Defendant was unjustly enriched?

      a.     Timeshare Advocacy International    Yes \_\_\_\_\_ No ✓

      b.     Sean Austin                                Yes \_\_\_\_\_ No ✓

      c.     Charles McDowell                    Yes \_\_\_\_\_ No ✓

## DAMAGES

7.    If you answer yes to any of these issues, what if any damages on each claim, should be awarded to Wyndham against each Defendant?

### Trade Secrets Act (If applicable)

      a.     Timeshare Advocacy International    Damages $_____

      b.     Sean Austin                                Damages $_____

      c.     Charles McDowell                    Damages $_____

3

### Breach of Agreement (If applicable)

#### Breach of Employment Agreement

    a. Sean Austin      Damages $_____

    b. Charles McDowell      Damages $_____

### Intentional Interference with Business Relationships

    a. Timeshare Advocacy International      Damages $_____

    b. Sean Austin      Damages $_____

    c. Charles McDowell      Damages $_____

### Civil Conspiracy to Intentionally Interfere with Business Relationships

    a. Timeshare Advocacy International      Damages $_____

    b. Sean Austin      Damages $_____

    c. Charles McDowell      Damages $_____

### Tennessee Consumer Protection Act

    a. Timeshare Advocacy International      Damages $_____

    b. Sean Austin      Damages $_____

    c. Charles McDowell      Damages $_____

### Unfair Competition

    a. Timeshare Advocacy International      Damages $_____

    b. Sean Austin      Damages $_____

    c. Charles McDowell      Damages $_____

## Intentional or Willful Violation

8.  If you find that any of the Defendants intentionally interfered with Wyndham's business relationships with its customers with contracts with Wyndham, was that Defendant's conduct toward the Plaintiff maliciously or willful?

    a.  Timeshare Advocacy International   Yes _____ No _____

    b.  Sean Austin                        Yes _____ No _____

    c.  Charles McDowell                   Yes _____ No _____


███████████████████████             7/19/12
FOREPERSON                          DATE

5