IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WYNDHAM VACATION RESORTS, INC., )
)
    Plaintiffs, )
)
v. ) NO. 3:10-1028
) JUDGE HAYNES
TIMESHARE ADVOCACY )
INTERNATIONAL, LLC, SEAN K. AUSTIN )
and CHARLES MCDOWELL )
)
    Defendants. )

O R D E R

In accordance with the jury's verdict, judgment is **AWARDED** to the Defendants on all claims. This action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 19th day of July, 2012.

_____
WILLIAM J. HAYNES, JR.
United States District Judge